UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 DEC 23  AM 9:32
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

___KMH___ DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

FELIPE OLIVARES-CAMPOS,

          Defendant.

CASE NO. 08CR3731-BTM

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of: 8 USC 1325 ILLEGAL ENTRY
                            8 USC 1325 ILLEGAL ENTRY

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 22, 2008

_____
BARRY TED MOSKOWITZ, US DISTRICT
UNITED STATES DISTRICT JUDGE

ENTERED ON _____